IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : INDICTMENT |
| | : CRIMINAL NO. 5:21CR7 |
| v. | : VIOLATIONS: |
| | : 18 U.S.C. § 922(a)(6) |
| MELVIN QUAINTER, | : 18 U.S.C. § 924(a)(2) |
| Defendant. | : |

THE GRAND JURY CHARGES:

COUNT ONE
[False Statement During Purchase of a Firearm – 18 U.S.C. § 922(a)(6)]

On or about the 8th day of July, 2020, in the Macon Division of the Middle District of Georgia, the defendant,

**MELVIN QUAINTER,**

in connection with the attempted acquisition of a firearm, to wit, an FN Model 503, 9mm semiautomatic pistol, Serial Number CV008384, from Chuck's Gun and Pawn, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Chuck's Gun and Pawn, Inc., which statement was intended and likely to deceive Chuck's Gun and Pawn, Inc., as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he had not previously been convicted of a misdemeanor crime of domestic violence; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

ALEX KALIM
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 13 day of January, 2021.

Deputy Clerk